In the Matter of the Claim of SADIE GOLD, Respondent. EDWARD CORSI, as Industrial Commissioner, Appellant.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.